**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UTE ROSS,

          Plaintiff,

                                        Case No: 11-CV-15078-DT

v.

COMMISSIONER OF SOCIAL SECURITY

          Defendant.

                                 /

## JUDGMENT

    In accordance with the "Opinion and Order Denying Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, and Granting the Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment entered on January 16, 2013,

    Judgment is entered for defendant Commissioner of Social Security and against plaintiff Ute Ross.

                              ENTERED BY ORDER OF THE COURT

                              S/Lisa Wagner
                              LISA WAGNER,  Deputy Clerk and Case
                              Manager to Judge Robert H. Cleland
                              (313) 234-5522

Dated: January 16, 2013

1/16/13: PDK:S:\Cleland\LISA\H H S\jgmssc2.wpd